UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| SOLA B. ADEDAMOLA ) | CASE NO. 18-12286-MSH |
| Debtor ) | |

MOTION TO VOLUNTARILY DISMISS
PURSUANT TO 11 U.S.C. SEC. 1307(b) and MLBR 13-17 (b)

Now comes Sola B. Adedamola, the Debtor herein ("Debtor"), and moves to voluntarily dismiss this case pursuant to United States Bankruptcy Code Sec. 1307(b) and MLBR 13-17(b), effective immediately upon filing of this pleading with the Bankruptcy Court.

The Debtor states that he is a Debtor in possession; that the Debtor commenced this case by filing a Voluntary Chapter 13 Petition; and that the case has not been converted under section 706, 1112 or 1208 of the United States Bankruptcy Code.

**WHEREFORE,** the Debtor respectfully requests that this Honorable Court:

1.   Enter an Order dismissing the instant Chapter 13 Case forthwith; and

2.   Grant such further relief as this Court deems just.

DATED this 28th day of June, 2018.

_____
Debtor

Respectfully Submitted,
The Debtor;
By Counsel;
_____
Joseph G. Foley, Esq. (BBO# 564336)
Joseph G. Foley, LLC
P.O. Box 67397
Chestnut Hill, MA 02467
(617) 738-7703